# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SUBHER, *Plaintiff,* v. CITY OF PHILADELPHIA, et al., *Defendants.* | CIVIL ACTION NO. 22-601 |

## ORDER

**AND NOW**, this 9th day of December 2022, upon consideration of Defendants' Motion to Dismiss (ECF 25), Plaintiff's Response (ECF 27) and Defendants' Reply (ECF 28) it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART and DENIED IN PART**. Defendants' Motion is **DENIED** with respect to Count IV and is **GRANTED** with respect to all other claims.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.